FILED
APR 30 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHELBY NICOLE NACCARATO, <br><br> Defendant. | CR 18-57-M-DWM-2 <br><br> ORDER |

The government having moved unopposed to dismiss the forfeiture items in this case in light of administrative forfeiture,

IT IS ORDERED that the government's motion (Doc. 53) is GRANTED. The items referred to in the Plea Agreement (Doc. 29), Preliminary Order of Forfeiture (Doc. 40), and Criminal Judgment (Doc. 49) as items of forfeiture, namely (1) a Davis Industries .22 Magnum (serial no. 25994) and (2) ammunition, shall no longer be forfeited and are dismissed as items of forfeiture.

DATED this 30th day of April, 2019.

DONALD W. MOLLOY, District Judge
United States District Court